UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTOR TORREZ-MEJIA,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:18-cv-00681-RFB-VCF<br><br>ORDER |

Petitioner Victor Torrez-Mejia has submitted a § 2254 habeas corpus form petition (ECF No. 1-1). He has paid the filing fee; therefore, his application to proceed *in forma pauperis* is denied as moot. (ECF No. 1).

While Torrez-Mejia has used the court's required form, he has not set forth any grounds for relief. He states only that he wishes to raise all claims that he raised on direct appeal and in his state postconviction habeas corpus petition. He has attached the Nevada Supreme Court order affirming his convictions and its order affirming the denial of his postconviction petition. This is insufficient. Torrez-Mejia must set forth his grounds for federal habeas relief. Therefore, his petition shall be dismissed with leave to file an amended habeas corpus petition on the court's § 2254 habeas form. He shall clearly set forth each federal habeas ground and briefly set forth the factual basis for each ground.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** as moot.

1     **IT IS FURTHER ORDERED** that the Clerk shall detach and file the petition (ECF No. 1-1).

    **IT IS FURTHER ORDERED** that the petition is **DISMISSED with leave to file an amended habeas corpus petition** in conformance with this order. Petitioner shall file his amended petition within **forty-five (45) days** of the date of this order.

    **IT IS FURTHER ORDERED** that the Clerk **shall send** to petitioner one copy of this court's form § 2254 habeas petition, one copy of the information and instructions for filing a § 2254 habeas petition, and one copy of the papers petitioner has filed in this action.

    **IT IS FURTHER ORDERED** that petitioner is expressly advised that failure to file an amended petition in conformance with this order shall result in the dismissal of this action.

DATED: 4 May 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE