UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

VICTOR TORREZ-MEJIA,

Petitioner,

v.

JERRY HOWELL, et al.,

Respondents.

Case No. 2:18-cv-00681-RFB-VCF

AMENDED ORDER

Before the court is petitioner Victor Torrez-Mejia's first-amended § 2254 habeas corpus petition (ECF No. 7). The court has reviewed the amended petition pursuant to Habeas Rule 4, and it shall be served on respondents.

A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

Petitioner has also filed a motion for appointment of counsel (ECF No. 2). There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir.1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986), cert. denied, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469 U.S. 838 (1984). However,

1

counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir.1970). Here, Torrez-Mejia's first-amended petition reflects that another inmate assisted him in writing the petition, and in his motion for counsel, Torrez-Mejia asserts that he cannot read or write in English. In order to ensure due process, Torrez-Mejia's motion for counsel shall be granted.

**IT IS THEREFORE ORDERED** that the Clerk **shall ELECTRONICALLY SERVE** the amended petition (ECF No. 7) on the respondents.

**IT IS FURTHER ORDERED** that the Clerk shall add Adam Paul Laxalt, Nevada Attorney General, as counsel for respondents.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada (FPD) is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the amended petition for writ of habeas corpus (ECF No. 7). The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a second amended petition.

DATED this 25th day of June, 2018.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3