Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org

*Attorney for Petitioner Victor Torres-Mejia

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Victor Torres-Mejia,<br><br>    Petitioner,<br><br>    v.<br><br>Jerry Howell, *et al.*,<br><br>    Respondents. | Case No. 2:18-cv-00681-RFB-VCF<br><br>**Unopposed motion for extension of time to file opposition to motion to dismiss.**<br><br>**(First request)** |

Petitioner Victor Torres-Mejia moves this Court for the entry of an order extending the time within which to file an opposition to motion to dismiss by 32 days from May 2, 2019 to and including June 3, 2019. The state, by Senior Deputy Attorney General Heather D. Procter does not object to this request.

This is Torres-Mejia's first request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Torres-Mejia.

Counsel had an evidentiary hearing set in state court in the Eighth Judicial District Court on May 7, 2019. The hearing was continued today (May 2nd), but only after extensive preparation was done by counsel, as the hearing involves several expert witnesses. In addition, counsel will be filing five petitions for writ of habeas corpus by May 13, 2019.

For these reasons, counsel respectfully asks this Court to grant Torres-Mejia's request to extend the time for filing an opposition to motion to dismiss by 30 days until June 3, 2019.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of May, 2019.

Dated May 2, 2019.

                                      Respectfully submitted,

                                      Rene L. Valladares
                                      Federal Public Defender

                                      */s/Kimberly Sandberg*
                                      KIMBERLY SANDBERG
                                      Assistant Federal Public Defender

                                      IT IS SO ORDERED:

                                      _____
                                      United States District Judge

                                      Dated: _____

# Certificate of Service

I hereby certify that on May 2, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Heather D. Procter.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Victor Torres-Mejia
No. 1129538
Southern Desert Correctional Center
PO Box 208
Indian Springs, NV 89070

*/s/ Jessica Pillsbury*
An Employee of the
Federal Public Defender